```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| LUIS MIGUEL SANDOVAL, | ) CASE NO. CV 11-10616-VAP (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| MICHAEL MCDONALD, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   November 19, 2012   .

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_LA11CV10616VAP(PJW)-SANDOVAL - Judgment.wpd